UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BROWN MEARNS,

        Plaintiff,

    v.

MARION SPEARMAN,

        Defendant.

                              /

No. C 13-4054 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order on October 29, 2013, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: December 16, 2013.

                                          ELIZABETH D. LAPORTE
                                          United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Mearns4054.dis-fta.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT BROWN MEARNS,

    Plaintiff,

v.

MARION SPEARMAN et al,

    Defendant.

Case Number: CV13-04054 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Brown Mearns AN2798
Avenal State Prison
A-130-22L
P.O. Box 901
Avenal, CA 93204

Dated: December 16, 2013

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk